Law Library

IN THE SUPERIOR COURT OF GUAM

FILED
SUPERIOR COURT
OF GUAM

ANTHONY LUJAN d/b/a/ BIG BEN & CO, )
)
                              Plaintiff,)
)
                vs.                    )
)
GUAM POLICE DEPARTMENT                 )
GOVERNMENT OF GUAM,                    )
)
                              Defendant. )
_____

CIVIL CASE NO. 0027-09

CLERK OF COURT

**DECISION**
(ON SECOND MOTION TO DISMISS)

Defendant's Second Motion to Dismiss [Rule 12(b)] was filed by Assistant Attorney General Benjamin M. Abrams on July 14, 2009. Based on the following review, this Court sua sponte cancels the scheduled motion hearing pursuant to Local Rules of the Superior Court Rule 7.1(e)(3), and DENIES the Defendant's motion on the grounds that it is not a proper motion

## I. BACKGROUND

Plaintiff filed his Complaint on January 7, 2009. On April 1, 2009 this Court heard and rendered a Decision on Defendant's Motion to Dismiss. On April 6, 2009 Defendant filed its Answer to the Complaint. Thereafter, on July 14, 2009, Defendant filed its Second Motion to Dismiss with almost verbatim arguments of the original Motion to Dismiss. The Second Motion to Dismiss is purported to be made in accordance with Rule 12(b)(1),(2) & (6).

## II. DISCUSSION

The pleadings closed in this case upon Defendant filing an answer. The Second Motion to Dismiss does not comply with the Guam Rules of Civil Procedure. Defendant can only properly move this Court to dismiss under Rule 12(c), motion for judgment on the pleadings. The main differences between motions under Rule 12(c) and motions under Rule 12(b) are that: (1) motions under Rule 12(b) "shall be made before pleading," while motions under Rule 12(c) must be made "[a]fter the pleadings have closed"; and (2) the court may grant judgment on the merits pursuant to a motion made under Rule 12(c), rather than a simple dismissal of the case, as under Rule 12(b), because the defendant has subjected himself/herself to the personal

jurisdiction of the court by answering the complaint and closing the pleadings. The Court sua sponte finds that the motion has been improperly brought.

## III. CONCLUSION

Based upon the foregoing, the Second Motion to Dismiss is DENIED without hearing or further consideration. Hearing on this matter presently scheduled for September 2, 2009 at 10:00 o'clock a.m. is vacated.

**IT IS SO ORDERED** this 15th day of July 2009.

HONORABLE ELIZABETH BARRETT- ANDERSON
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagatna, Guam.

JUL 1 6 2009

Brianne M.G. Balbas
Deputy Clerk, Superior Court of Guam